# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00482-CV

## In re Tammy Ann Martinez

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## O R D E R

**PER CURIAM**

Relator Tammy Ann Martinez has filed a petition for writ of mandamus and emergency motion for stay. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the emergency motion for stay in part and temporarily stay the trial court's writ of possession. *See id*. 52.10(b). The Court orders the real party in interest to file a response to the emergency motion for stay and the petition for writ of mandamus on or before October 16, 2020.

It is ordered on October 6, 2020.

Before Justices Goodwin, Triana, and Smith